IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NUKOTE INTERNATIONAL, INC., | ) | Case No. 09-06240 |
| | ) | |
| NU-KOTE IMPERIAL, LTD., | ) | Case No. 09-06243 |
| | ) | |
| INTERNATIONAL COMMUNICATION | ) | |
| MATERIALS, INC., | ) | Case No. 09-06244 |
| | ) | |
| ENVIROSMART, INC., | ) | Case No. 09-06245 |
| | ) | |
| BLACK CREEK HOLDINGS, LTD | ) | Case No. 09-06246 |
| | ) | **Chapter 11** |
| Debtors. | ) | **Judge Lundin** |
| | ) | |
| | ) | **Joint Administration Requested** |

**EXPEDITED ORDER SETTING
EMERGENCY HEARING ON FIRST DAY MOTIONS**

Upon the Debtors' motion to set emergency hearing on certain expedited motions, identified below (the "First Day Motions"), and for good cause shown,

IT IS HEREBY ORDERED as follows:

1.  The following First Day Motions shall be heard on an emergency basis on _____, 2009, at _____ \_\_.m. in Courtroom Two, United States Bankruptcy Court, Customs House, 701 Broadway, Nashville, Tennessee:

416169-1

(a) Debtors' Expedited Motion for Authority to Pay Prepetition Wages and Salaries, Reimburse Prepetition Employee Business Expenses, and Pay Other Prepetition Employee Benefits;

(b) Debtors' Expedited Motion for Authority to use Cash Collateral on an Interim and Final Basis;

(c) Debtors' Expedited Motion for Joint Administration;

(d) Debtors' Expedited Motion to (A) Continue Use of Existing Bank Accounts and Business Forms and (B) Continue Use of Existing Cash Management System;

(e) Debtors' Expedited Motion for Order Regarding Utilities;

(f) Debtors' Expedited Motion for an Order Authorizing an Extension of the Time to File Schedules and Statements of Financial Affairs; and

(g) Debtors' Expedited Motion to Limit Notice.

2. The Debtor shall serve this Order as soon as possible upon entry, but no later than one business day after entry, upon (i) the United States Trustee for the Middle District of Tennessee; (ii) the parties included on the Debtors' list of creditors holding the 20 largest unsecured claims; (iii) Debtor's secured creditor, CIT Group/Business Credit, Inc., a New York Corporation; and (iv) the Internal Revenue Service by one of the following means, whichever is fastest yet economically reasonable: hand-delivery, facsimile, electronic mail, or Federal Express overnight delivery.

3. Service of the First Day Motions as well as service of this Order as set forth above is deemed to be adequate and appropriate under the circumstances and in full compliance with

416169-1

applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the Bankruptcy Court for the Middle District of Tennessee.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY<br>AS INDICATED AT THE TOP OF THE FIRST PAGE.

Submitted for Entry by:

**WRIGHT GINSBERG BRUSILOW P.C.**

By: /s/ Frank J. Wright
    Frank J. Wright
    Paul B. Geilich
    C. Ashley Ellis
    600 Signature Place
    14755 Preston Road
    Dallas, TX 75254
    Telephone: (972) 788-1600
    Facsimile: (972) 239-0138
    Email: fwright@wgblawfirm.com;
          pgeilich@wgblawfirm.com;
          aellis@wgblawfirm.com

    and

**HARWELL HOWARD HYNE**
**GABBERT & MANNER, P.C.**

By: /s/ Barbara D. Holmes
    Craig V. Gabbert, Jr.
    Barbara D. Holmes
    315 Deaderick Street, Suite 1800
    Nashville, TN 37238-1800
    Telephone: (615) 256-0500
    Facsimile: (615) 251-1058
    Email: cvg or bdh@h3gm.com

**PROPOSED ATTORNEYS FOR DEBTORS**

416169-1

3
Case 3:09-bk-06240 Doc 14 Filed 06/03/09 Entered 06/03/09 23:57:27 Desc Main
Document Page 3 of 3