Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 07/17/09

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NUKOTE INTERNATIONAL, INC., et al., | ) | Case No. 09-06240 |
| | ) | Chapter 11 |
| Debtors. | ) | Judge Lundin |
| | ) | |
| | ) | Jointly Administered |

## ORDER APPROVING THE EMPLOYMENT AND RETENTION OF
## WRIGHT GINSBERG BRUSILOW P.C. AS COUNSEL FOR DEBTORS

Upon the Debtors' Application to employment of Wright Ginsberg Brusilow P.C., (the "Application"), and it appearing that good cause and sufficient notice of the Application has been given and a reasonable opportunity to object to, or be heard has been afforded to all interested persons and entities pursuant to Local Rule 9013-1 and no timely objections having been filed,

IT IS HEREBY ORDERED that Debtors are authorized to employ Wright Ginsberg Brusilow P.C. as its counsel in these Chapter 11 cases, upon the terms set forth in the Application, effective of the date of the Application.

IT IS FURTHER ORDERED that Wright Ginsberg Brusilow P.C. shall make the application to the Court for approval of all fees in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, as may be modified by further order of this Court.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

416483-1

Submitted for entry by:

**WRIGHT GINSBERG BRUSILOW P.C.**

By: /s/ Frank J. Wright
    Frank J. Wright
    Paul B. Geilich
    C. Ashley Ellis
    600 Signature Place
    14755 Preston Road
    Dallas, TX 75254
    Telephone: 972-788-1600
    Facsimile: 972-239-0138
    Email: fwright, pgeilich, or aellis@wgblawfirm.com

    and

**HARWELL HOWARD HYNE**
**GABBERT & MANNER, P.C.**

By: /s/ Barbara D. Holmes
    Craig V. Gabbert, Jr.
    Barbara D. Holmes
    315 Deaderick Street, Suite 1800
    Nashville, TN 37238-1800
    Telephone: 615-256-0500
    Facsimile: 615-251-1058
    Email: cvg or bdh@h3gm.com

**ATTORNEYS FOR DEBTORS**

2

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:09-bk-06240    Doc 175    Filed 07/20/09    Entered 07/20/09 09:54:06    Desc Main
Document      Page 2 of 2