# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

Exhibit/Witness List

Nukote International, LLC
_____
Plaintiff/Movant,

VS.

CIT, Unsecured Creditors Comm. the
US Trustee
_____
Defendant/Respondent.

CASE NO: 09-6240-KL3-11

ADV. NO.: _____

| Presiding Judge | Plaintiff's/Movant's Attorney | Defendant's/Respondent's Attorney |
|---|---|---|
| Keith M. Lundin | See attached sheet | |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| 9/22/09 | Cassandra Jaudon | Marybeth Rowlett / Roweena Scruggs |

| Pltf./Mov. | Def./Resp. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS* and WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/22/09 | 1 | ✓ | Sixth Amended Order granting use of Cash Collateral |
| ✓ | | " | 2 | ✓ | Inventory Summary dated 9/11/09 |
| ✓ | | " | 3 | ✓ | September 2009 A/R Roll Forward |
| ✓ | | " | 4 | ✓ | Nukote Cash Forecast 6/3/09-9/11/09 (Budget actual) |
| ✓ | | " | 5 | ✓ | CIT Term Sheet for DIP Facility & Exit Facility |
| ✓ | | " | 6 | ✓ | 2009 DIP Budget |
| ✓ | | " | 7 | ✓ | 2009 Sales Forecast |
| ✓ | | " | 8 | ✓ | 2009 Backfill Opportunities |
| ✓ | | " | 9 | ✓ | DIP Lenders Contacted by Nukote |
| ✓ | | " | 10 | ✓ | Gibraltar Financial Corp Term Sheet |
| ✓ | | " | 11 | ✓ | Summary of Term from EFO Holdings |
| ✓ | | " | 12 | ✓ | Email - N. Bouras - Reg. Customer Svc issues 8/28/09 |
| ✓ | | " | 13 | ✓ | Email - N. Bouras - Reg Customer Svc issues 8/28/09 |
| ✓ | | " | 14 | ✓ | Email - N. Bouras - Reg Customer Svc issues 8/09 |
| ✓ | | " | 15 | ✓ | Email - N. Bouras - Reg Customer Svc issues 8/28 |
| ✓ | | " | 16 | ✓ | Stock Out Report |
| ✓ | | " | 17 | ✓ | Executed Loan Agreement between DN & CIT |

Indicate a notation as to the location of any exhibit not held with the case file or not available because of size.