
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 03/07/11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Jointly Administered Under |
| NUKOTE INTERNATIONAL, et al., | ) | Case No. 09-06240-KL3-11 |
| | ) | |
| Debtors. | ) | |

### ORDER RESOLVING MOTION TO DETERMINE
### STATUS FILED BY THE UNITED STATES TRUSTEE

The Motion to Determine Status of the Case filed by the United States Trustee on January 26, 2011, (the "Motion to Determine Status") (Dk. No. 721) came before the Court on February 28, 2011. As the hearing, the attorney for the Trust created under the confirmed Chapter 11 plan appeared and reviewed the information contained in the Joint Status Report in Response to Motion to Determine Status of the Case filed on February 11, 2011 (Docket No. 767). The attorney for the Trust was not able to address the Debtors' failure to file the semi-annual reports required by LBR 2015-2, or the Debtors' failure to pay fees owed to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6). it is therefore,

ORDERED that the Debtors shall file the semi-annual reports required by LBR 2015-2; it is further,

ORDERED that the Debtors shall pay the fees owed to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6)

**This Order was signed and entered electronically as indicated at the top of the first page.**

Case 3:09-bk-06240   Doc 775   Filed 03/07/11   Entered 03/07/11 15:45:31   Desc Main
Document      Page 1 of 2

Submitted by:

DANIEL M. McDERMOTT
UNITED STATES TRUSTEE

**/s/ Lloyd E. Mueller**

---

Lloyd E. Mueller (016540)
Trial Attorney
701 Broadway, Room 318
Nashville, Tennessee 37203
(615) 736-2254
(615) 736-2260 *Facsimile*
Lloyd.E.Mueller@usdoj.gov

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.