```
                          United States Bankruptcy Court
                           Middle District of Tennessee
In re:                                                              Case No. 09-06240
Nukote International, Inc.                                          Chapter 11
Centimark Corporation
        Debtors                     CERTIFICATE OF NOTICE

District/off: 0650-3         User: drh3316           Page 1 of 1         Date Rcvd: Jun 13, 2011
                             Form ID: pdf001         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2011.
db         +Nukote International, Inc.,   200 Beasley Drive,   Franklin, TN 37064-3908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2011**                    **Signature:**        *Joseph Speetjens*

Case 3:09-bk-06240   Doc 798   Filed 06/15/11   Entered 06/16/11 00:04:00   Desc
                    Imaged Certificate of Service   Page 1 of 2


Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 06/10/11



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NUKOTE INTERNATIONAL, INC., *et al.*, | ) | Case No. 09-06240-KL3-11 |
| | ) | |
| Debtors. | ) | |

**ORDER CONTINUING HEARING ON THE U.S. TRUSTEE'S MOTION
TO DISMISS, OR IN THE ALTERNATIVE, TO CONVERT THE CASE TO CHAPTER 7**

On June 7, 2011, the United States Trustee's Motion to Dismiss Case Under Section 1112(b), or in the Alternative, to Convert Case to Chapter 7 (Docket No. 784) came before the Court. At this hearing, the parties requested the matter be continued until July 5, 2011. Accordingly, it is

ORDERED that the hearing concerning the United States Trustee's Motion to Dismiss Case Under Section 1112(b), or in the Alternative, to Convert Case to Chapter 7 is hereby continued until July 5, 2011, at 9:00 a.m., in Courtroom 2, Customs House, 701 Broadway, Nashville, Tennessee.

Submitted by:

DANIEL M. MCDERMOTT
UNITED STATES. TRUSTEE

**/s/ Lloyd E. Mueller**
_____
Lloyd E. Mueller (016540)
Trial Attorney
701 Broadway, Suite 318
Nashville, TN 37203
(615) 736-2254
(615) 736-2260 *Facsimile*
Lloyd.E.Mueller@usdoj.gov

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.