
**Keith M. Lundin**
U.S. Bankruptcy Judge
Dated: 07/11/11



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| NUKOTE INTERNATIONAL, INC., *et al.*, ) | Case No. 09-06240-KL3-11 |
| ) | |
| Debtors. ) | |

## ORDER CONTINUING HEARING ON THE U.S. TRUSTEE'S MOTION
## TO DISMISS, OR IN THE ALTERNATIVE, TO CONVERT THE CASE TO CHAPTER 7

On July 5, 2011, the United States Trustee's Motion to Dismiss Case Under Section 1112(b), or in the Alternative, to Convert Case to Chapter 7 (Docket No. 784) came before the Court. At this hearing, the parties requested the matter be continued until July 12, 2011. Accordingly, it is

ORDERED that the hearing concerning the United States Trustee's Motion to Dismiss Case Under Section 1112(b), or in the Alternative, to Convert Case to Chapter 7 is hereby continued until July 12, 2011, at 9:00 a.m., in Courtroom 2, Customs House, 701 Broadway, Nashville, Tennessee.

Submitted by:

DANIEL M. MCDERMOTT
UNITED STATES. TRUSTEE

**/s/ Lloyd E. Mueller**
_____
Lloyd E. Mueller (016540)
Trial Attorney
701 Broadway, Suite 318
Nashville, TN 37203
(615) 736-2254
(615) 736-2260 *Facsimile*
Lloyd.E.Mueller@usdoj.gov

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.