IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re: )
)
NUKOTE INTERNATIONAL, INC., *et al.*, )   Case No. 09-06240-KL3-11
)
Debtors. )

## ORDER OVERRULING OBJECTION BY GREG NICHOLSON TO SUBMITTED AGREED ORDER RESOLVING HEARING ON THE UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT BANKRUPTCY CASE

On July 26, 2011, the Objection filed by Greg Nicholson to the submitted Agreed Order Resolving Hearing on United States Trustee's Motion to Dismiss came before the Court. After considering the arguments of counsel for Greg Nicholson, the NI Creditors' Trust, and the United States Trustee the Court overruled the objection filed by Greg Nicholson. It is therefore,

ORDERED that the Objection filed by Greg Nicholson to the submitted Agreed Order Resolving Hearing on United States Trustee's Motion to Dismiss is hereby denied.

SO ORDERED AND ENTERED this _____ day of July, 2011.

> **This Order was Signed and Entered Electronically as Indicated at the Top of the First Page.**

APPROVED FOR ENTRY:

SAMUEL K. CROCKER
UNITED STATES TRUSTEE

**/s/ Lloyd E. Mueller**

_____
Lloyd E. Mueller (016540)
Trial Attorney
701 Broadway, Room 318
Nashville, TN 37203
(615) 736-2254
(615) 736-2260 *Facsimile*
Lloyd.E.Mueller@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that, on the 27th day of July 2011, a copy of the foregoing document was transmitted electronically to the parties consenting to electronic service in this case through the ECF system maintained by the United States Bankruptcy Court for the Middle District of Tennessee.

                **/s/ Lloyd E. Mueller**
                _____
                Lloyd E. Mueller