#9304192 amy/sdf

THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE (Nashville)

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 3:09-bk-06240 |
| | ) | |
| NUKOTE INTERNATIONAL, INC. | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| Debtor | ) | JUDGE KEITH M. LUNDIN |

## NOTICE OF APPEARANCE

Please take notice that Weltman, Weinberg & Reis Co., L.P.A., 323 W. Lakeside Ave., Suite 200, Cleveland, Ohio 44113, has been retained as Attorney for Toyota Motor Credit Corporation, Creditor in the above-referenced Proceedings.

Copies of all further communications, pleadings, court notices, and other papers should be served on said Attorney as Attorney of Record.

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Scott D. Fink
Scott D. Fink, (0069022)
Attorney for Toyota Motor Credit Corporation
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH 44113-1099
216-739-5644
ecfndoh@weltman.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appearance was served upon the Debtor, Nukote International, Inc. 200 Beasley Drive, Franklin, TN 37064 via regular U.S. Mail and served electronically to the Attorney for the Debtor, Barbara Dale Holmes, Harwell, Howard, Hyne Gabbert & Manner, P., 315 Deaderick Street, Suite 1800, Nashville, TN 37238; Craig Vernon Gabbert, Jr., Esq. Harwell, Howard, Hyne Gabbert & Manner, P., 315 Deaderick Street, Suite 1800, Nashville, TN 37238; Frank J. Wright, Esq. Wright, Ginsberg, Brusilow, PC., 14755 Preston Road, Suite 600, Dallas, TX 75254; James A. Freeman, James A. Freeman & Associates, 2804 Columbine Place, Nashville, TN 37204, and the United States Trustee, 701 Broadway Suite 318, Nashville, TN 37203-3966, and Lloyd E. Mueller, Esq. 701 Broadway Suite 318, Nashville, TN 37203 on the 28th day of July, 2011.

/s/ Scott D. Fink
Scott D. Fink, (0069022)
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Toyota Motor Credit Corporation