Form asgnclm

# United States Bankruptcy Court
## MIDDLE DISTRICT OF TENNESSEE
Case No. **3:09−bk−06240**
**Chapter 11**

In re:
   Nukote International, Inc.
   200 Beasley Drive
   Franklin, TN 37064

Social Security No.:

Employer's Tax I.D. No.:
   16−1289013

## NOTICE OF FILING OF TRANSFER OF CLAIM

Pursuant to Fed. R Bankr. p.3001(e), you are notified that a Transfer of claim has been filed:

Notice of Proposed Transfer of Claim(s): From Transferor: Citibank SD NA To Transferee: Citibank NA. Claim Number: 277. Objections to Transfer of Claim due by 9/12/2011. (RE: related document(s)[822]) (jtd)

This is based on information provided the Clerk by the Transferee. The Transferor may object to this transfer by filing a written objection with the Clerk within twenty one (21) days of the mailing / electronic mailing of this Notice (see date, above). Registered CM/ECF filers must file any objection electronically. Absent a timely objection, the Transferee shall be substituted for the Transferor on the Claims Register of the above named debtor(s).

                                        MATTHEW T LOUGHNEY
                                        Clerk

                                        BY: /s/
                                        Deputy Clerk

Dated: 8/22/11