Form asgnclmw

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **3:09−bk−06240**
**Chapter 11**

In re:
   Nukote International, Inc.
   200 Beasley Drive
   Franklin, TN 37064

Social Security No.:

Employer's Tax I.D. No.:
   16−1289013

## NOTICE OF TRANSFER OF CLAIM

Pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, you are notified that the following Transfer of claim has been made:

Notice of Transfer of Claim(s): Transfer Agreement 3001 (e) 2 Transferor: Citibank South Dakota NA (Claim No. 277) To Citibank, N.A. (RE: related document(s)[822], [823]) (cbm)

This is based on information provided the Clerk by the Transferee. The Transfer has been noted on the Claims Register of the above named Debtor(s).

                                            MATTHEW T LOUGHNEY
                                            Clerk

                                            BY: /s/ cbm
                                            Deputy Clerk

Dated: 9/14/11