United States Bankruptcy Court
Middle District of Tennessee

In re:                                                              Case No. 09-06240
Nukote International, Inc.                                          Chapter 11
Centimark Corporation
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-3          User: cbm0135          Page 1 of 1          Date Rcvd: Sep 14, 2011
                             Form ID: asgnclmw       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2011.
cr           +Citibank, N.A.,    701 East 60th Street North,    SIOUX FALLS, SD 57104-0493
3708285      +Citibank South Dakota NA,    DBA,   4740 121st St,   Urbandale, IA 50323-2402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2011**                    **Signature:**    Joseph Speetjens

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. 3:09−bk−06240
### Chapter 11

In re:
  Nukote International, Inc.
  200 Beasley Drive
  Franklin, TN 37064

Social Security No.:

Employer's Tax I.D. No.:
  16−1289013

## NOTICE OF TRANSFER OF CLAIM

Pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, you are notified that the following Transfer of claim has been made:

Notice of Transfer of Claim(s): Transfer Agreement 3001 (e) 2 Transferor: Citibank South Dakota NA (Claim No. 277) To Citibank, N.A. (RE: related document(s)[822], [823]) (cbm)

This is based on information provided the Clerk by the Transferee. The Transfer has been noted on the Claims Register of the above named Debtor(s).

MATTHEW T LOUGHNEY
Clerk

BY: /s/ cbm
Deputy Clerk

Dated: 9/14/11